```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

TODD W. BOYES

      Plaintiffs,

v.                                              Case No. 2:20-cv-00108

WEST VIRGINIA D.O.C., JOHN YOUNG,
INVESTIGATOR DIXON, JOHN FRAME,
DONALD AMES, BETSY JIVIDIEN, and
JOHN DOE,

      Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on September 28, 2020 (ECF No. 24); and the magistrate judge having recommended that the court dismiss defendant West Virginia D.O.C. from this action pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B) and leave this matter referred to the magistrate judge for further proceedings; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that defendant West Virginia D.O.C. be, and it hereby is, dismissed from this action.

It is further ORDERED that this matter is referred to the magistrate judge for further proceedings.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and the United States Magistrate Judge.

ENTER: October 26, 2020

John T. Copenhaver, Jr.
Senior United States District Judge